☐ **Mark this box if this form contains Restricted Information.**

**DISTRICT COURT OF MARYLAND FOR** _____

Located at _____     City/County _____
                Court Address          Telephone _____

                                                   Case No. _____

*NOTE: Respondent will be served a copy of this completed document. Petitioner does not need to give an address if doing so risks further harm.*

Meghan Harlee                                    vs.    Roe Garcia
Petitioner (Person seeking protection)                  Respondent (Person alleged to have committed the prohibited act)
                                                        500 E St SW
Street Address, Apt. No.                                Street Address, Apt. No.
                                                        Washington DC 20436   Home: 202-205-194
City, State, Zip          Work:                         City, State, Zip          Work:
                  Telephone Number(s)                                      Telephone Number(s)

## PETITION FOR PEACE ORDER
### (Courts and Judicial Proceedings § 3-1503)

**If this submission contains Restricted Information (confidential by statute, rule, or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission and check the Restricted Information box on this form.**

1.  I (the petitioner) am seeking protection from the respondent _____ for
                                                                              Name
    ☐ myself ☐ a minor child over whom I have custody or guardianship ☐ my minor child(ren) who is/are not in my custody
    _____  ☐ an adult over whom I have guardianship or Power of Attorney
       Name(s) of children                              Name
                                      ☐ my employee _____ for an
                                                                   Name
    act or acts that occurred at the employee's workplace
    as a result of the following act(s) committed by the respondent **within the last 30 days** on the dates stated below
    *(check all that apply)*:

    ☐ kicking   ☐ punching   ☐ choking   ☐ slapping   ☐ shooting   ☐ hitting with object   ☐ stabbing   ☐ shoving
    ☐ threats of violence   ☑ harassment   ☑ stalking   ☐ detaining against will   ☐ trespass
    ☐ malicious destruction of property   ☐ misuse of telephone facilities and equipment
    ☐ misuse of electronic communication or interactive computer service   ☐ revenge porn   ☐ visual surveillance
    ☐ other _____

    The details of what happened are: Seeking at my relatives to threaten me and man
    (Give specific details of what happened, when and where it happened, and any injuries sustained.)
    has been Stalking me physically. He has expressed that he "did
    not see me part in my usual spot" at my place of residence.
    Called my relatives on September 25, 2024 and October 15, 202

2. ☐ I am filing this petition on behalf of my minor child(ren) who is/are not in my custody. The minor child(ren) is/are in the
    care, custody or guardianship of: _____ , who resides at:
                                                   Name
    _____
                Address

3. ☐ I am the legal guardian of the minor child(ren) for whom relief is sought. The parents of the child(ren are:

| Child's Name | Parent's Name | Parent's Address |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

4.  I know of the following court cases involving the respondent and the person(s) for whom I am seeking protection:

| Court | Kind of Case | Year Filed | Results or Status (if you know) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. Describe all other harm the respondent has caused to the person(s) for whom you are seeking protection, and give date(s), if known:

_Annoying and repetitive behavior after being asked to stop iba multiple times and aware the behavior is weird, threatening and annoying on 9/25/2024 and 10/15/2024_

6. I want the respondent to be ordered:

☒ NOT to commit or threaten to commit any of the acts listed above against _Meghan Harlee_
Name

☒ NOT to contact, attempt to contact, or harass _Meghan Harlee_
Name

☒ NOT to go to the residence(s) at _____
Address

☐ NOT to go to the school(s) at _____
Name of school and address

☐ NOT to go to the workplace(s) at _____

☐ To go to counseling.    ☐ To go to mediation.    ☐ To pay the filing fees and court costs.

☐ Other specific relief: _____

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_10/16/2024_
Date

_Meghan Harlee_
Petitioner

## NOTICE TO PETITIONER

Any individual who knowingly provides false information in a Petition for Peace Order is guilty of a misdemeanor and on conviction is subject to a fine not exceeding $1,000 or imprisonment not exceeding 90 days or both.

If you are an employer, you must notify the employee before filing a Petition for Peace Order. An employer may not retaliate against an employee who does not provide information for or testify at a peace order proceeding.

☐ **Mark this box if this form contains Restricted Information.**

**DISTRICT COURT OF MARYLAND FOR** _____

Located at _____    City/County _____
                Court Address    Telephone _____
                                 Case No. _____

*NOTE: Respondent will be served a copy of this completed document. Petitioner does not need to give an address if doing so risks further harm.*

Roe Garcia
Respondent's Name

## PETITION FOR PROTECTION/PEACE ORDER
## CONTINUATION SHEET

Page _____ of _____

If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission and check the Restricted Information box on this form.

Roe Garcia has been threatening my livelihood and stalking me. He has contacted Relatives so they can relay his threats to me and has been Stalking me at my place of residence. Roe Garcia is a complete stranger, I do not know him. He knows of me because we worked in the same building. He has been asked through my EEO complaint and MSPB Board complaint to stop, yet his behavior continues. This action occurred on 9/25/2024 and 10/15/2024.

10/16/2024
Date

Petitioner's Signature

DC-DV-PO-001C (Rev. 08/2024)

**DISTRICT COURT OF MARYLAND FOR** Montgomery County
_____
City/County

Located at 191 E Jefferson Street Rockville MD 20850          Case No._____
Court Address

Meghan Hartee                    vs.          Roe Garcia
_____              _____
Petitioner                                    Respondent

## PEACE ORDER SUPPLEMENT

**Dating Violence**

1. Do you contend that YOU are (or were) in a dating relationship whereby the respondent engaged in a course of conduct with the intent to kill, injure, intimidate, or harass you in a manner that placed you in a reasonable fear of death or physical harm?

    Yes ☐          No ☒

**Sexual Assault**

2. Do you contend that the respondent engaged in a sexual assault against you and without your consent that placed you in fear of physical harm or danger?

    Yes ☐          No ☒

**Stalking**

3. Do you contend that the respondent has engaged in a malicious course of conduct in which the respondent approached or pursued you with the intent to place you in reasonable fear of serious bodily injury or death?

    Yes ☒          No ☐

_____
Signature of Petitioner

DC/PO 1S (Rev. 2/2003)